

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-24-00591-CV

Alton **CRAIN** Jr.,
Appellant

v.

Mike **MURACH**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2024CV03445
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs are taxed against the appellant.

SIGNED October 2, 2024.

_____
Lori I. Valenzuela, Justice